```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
ARTURO ESTEVEZ, Individually, and On
Behalf of All Others Similarly Situated,

                       Plaintiff,                  **21-CV-8944 (PGG) (KHP)**

          -against-                    **INITIAL CASE MANAGEMENT**
                                    **CONFERENCE CONVERSION**
FREDERICK HART CO.,INC                       **ORDER**

                       Defendant.
---------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

     The Initial Case Management Conference in this matter scheduled for Wednesday**,**

**February 2, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference.  Counsel for

the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.

**Please dial (866) 434-5269; access code 4858267.**

       **SO ORDERED.**

DATED:     New York, New York
             January 25, 2022

                                      _Katharine H Parker_
                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge