USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARTURO ESTEVEZ, Individually, and On
Behalf of All Others Similarly Situated,

                       Plaintiff,

         -against-

FREDERICK HART CO.,INC

                      Defendant.
-----------------------------------------------------------------X

**21-CV-8944 (PGG) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on January 26, 2022 (doc. no 15) the Initial Case Management Conference currently scheduled for **February 2, 2022** is hereby adjourned *sine die*.

        SO ORDERED.

DATED:    New York, New York
              January 27, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge